

**KLESTADT
WINTERS
JURELLER
SOUTHARD** &
**STEVENS,** LLP

200 WEST 41ST STREET
17TH FLOOR
NEW YORK, NY 10036-7203
TELEPHONE (212) 972-3000
TELEFAX (212) 972-2245
WWW.KLESTADT.COM

**Via ECF**
Hon. Jennifer E. Willis
United States Magistrate Judge
United States District Court
Southern District of New York
40 Foley Square, Room 425
New York, New York 10007

> The request to adjourn the conference until after the Motion to Dismiss has been decided is GRANTED. No case management plan need be submitted at this time. The Parties shall jointly file a status update on the case within fourteen days of the decision on the Motion. At that point, if necessary, a new initial case management conference will be scheduled.
>
> SO ORDERED.
>
> *Jennifer E. Willis*
> _____
> Jennifer E. Willis
> United States Magistrate Judge
>
> August 29, 2023

Re:     **Ajay Suresh v. Crain Communications**
        **Case No. 1:23-cv-4976 (PAE)**

Dear Judge Willis:

Please be advised that our firm is counsel to defendant in the above matter.  This letter motion is written pursuant to pursuant to paragraph I(C) of Your Individual Practices in Civil Cases.

On July 17, 2023, the Court entered the Initial Case Management Telephone Conference Order [ECF No. 13], scheduling the Initial Case Management Telephone Conference for September 6, 2023 at 10:30 a.m.   On July 13, 2023, Defendant filed its *Notice of Motion* and *Motion to Dismiss the Complaint* (the "Motion") [ECF Nos. 11, 12].  Thereafter, on July 27, 2023, Plaintiff's filed its *Opposition to Defendant's Motion to Dismiss* [ECF No. 15], and on August 3, 2023, Defendant filed its *Reply in Support of Motion to Dismiss Complaint* [ECF No. 16].  The Motion has now been fully submitted.  To date, the Court has not issued a decision on the Motion.

Pursuant the Individual Rules and Practice for Civil Cases of Hon. Paul A. Engelmayer, Plaintiff has not filed an amended complaint or otherwise elected to amend its pleadings.

Due to the pending Motion, Defendant hereby requests that the Initial Case Management Telephone Conference be adjourned for thirty (30) days, or such other time period as deemed appropriate by the Court.   This is the first such request for an extension.   Plaintiff has consented to this adjournment request.

If you have any questions, please do not hesitate to contact the undersigned.

Thank you for your consideration.

Respectfully submitted,

*/s/John E. Jureller, Jr.*

John E. Jureller, Jr.

cc:    ***Via ECF***
        Joseph A. Dunne, Esq.
        Eleizer Lekht, Esq.
        Sriplaw P.A.
        Attorneys for Plaintiff